UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
MAY 18 2023
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:23-cr-76-JPH-MJD ) ) |
| ROCHELLE L. PERRY, | ) ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At times material to the charges in this Indictment:

#### Background

1. BUSINESSES 1 through 5 are health care facilities that specialize in providing care to elderly individuals. BUSINESSES 1 and 3 through 5 are located in Indianapolis, Marion County, Indiana. BUSINESS 2 is located in Brownsburg, Hendricks County, Indiana.

2. In the state of Indiana, and as defined under Indiana law, a Licensed Practical Nurse ("LPN") is a person who holds a valid license issued under the Indiana Code, and who functions at the direction of a specified health care provider, such as a licensed dentist or podiatrist, in the performance of activities commonly performed by practical nurses and requiring special knowledge or skill.

3. The Indiana Professional Licensing Agency ("IPLA") maintains a public website that allows anyone to conduct searches about Indiana professional license holders using criteria such as the license holder's name or license number.

1

4. Person R.W. is an actual person known to the Grand Jury who resides in Indianapolis, Indiana. On or about April 10, 1996, the Indiana State Board of Nursing ("ISBN") issued an LPN nursing license to R.W. R.W.'s nursing license number ends in -139A.

5. A search on the IPLA website using only R.W.'s nursing license number returns R.W.'s name, part of R.W.'s home address, and information about R.W.'s nursing license.

6. The defendant, ROCHELLE L. PERRY, is not R.W. PERRY does not maintain any type of nursing license in the state of Indiana. The Social Security account number assigned by the Commissioner of Social Security to PERRY is 308-XX-XXXX.

7. Person R.K. is an actual person known to the Grand Jury who resides in Chardon, Ohio. The Social Security account number assigned by the Commissioner of Social Security to R.K. is 301-XX-XXXX.

**PERRY's Applications for Employment and Employment with BUSINESSES 1 through 5**

8. PERRY submitted false and fraudulent applications for employment to BUSINESSES 1 through 5. In various places throughout the applications, and as discussed more specifically below, PERRY falsely represented that 301-XX-XXXX was the Social Security account number assigned by the Commissioner of Social Security to her. In some of the employment applications, and as discussed more specifically below, PERRY falsely represented that R.W.'s LPN license number was her own.

9. PERRY used the false Social Security account number with the intent to deceive BUSINESSES 1 through 5, and for the purpose of obtaining payments and benefits to which she was not entitled from BUSINESSES 1 through 5, and for other purposes. PERRY was receiving Social Security disability insurance benefits under her true Social Security account number, and PERRY knew that those benefits could be reduced or eliminated if she earned income from work

2

activities under her true Social Security account number. Additionally, PERRY knew that she might not be able to pass an employment background check conducted by a health care facility if she applied used her true identification information, including her true Social Security account number.

10. On or about February 17, 2020, PERRY submitted an application for employment to BUSINESS 1. PERRY applied for the position of Memory Care Program Coordinator. On her Form WH-4, Employee's Withholding Exemption and County Status Certificate, dated February 26, 2020, PERRY falsely stated that her Social Security account number is 301-XX-XXXX. On her resume, PERRY falsely stated that she is an LPN and listed R.W.'s LPN license number, ending in -139A. PERRY was employed as a Memory Care Program Coordinator with BUSINESS 1 from on or about February 26, 2020 to April 16, 2020. PERRY earned wages during her employment with BUSINESS 1.

11. On or about November 2, 2020, PERRY submitted an application for employment to BUSINESS 2. PERRY applied for the position of LPN. On her Application for Employment, dated November 2, 2020, PERRY falsely stated that her Social Security account number is 301-XX-XXXX. PERRY was employed as an LPN with BUSINESS 2 from on or about January 21, 2021 to April 27, 2021. PERRY earned wages during her employment with BUSINESS 2.

12. On or about May 10, 2021, PERRY submitted an application for employment to BUSINESS 3. PERRY applied for the position of LPN. On her Background Check Request for Personal Information Form, dated May 10, 2021, PERRY falsely stated that her Social Security account number is 301-XX-XXXX. PERRY was employed as an LPN with BUSINESS 3 from on or about May 10, 2021 to November 23, 2021. PERRY earned wages during her employment with BUSINESS 3.

13. On or about March 21, 2022, PERRY submitted an application for employment to BUSINESS 4. PERRY applied for the position of LPN. On her Background Check Form, PERRY falsely stated that her Social Security account number is 301-XX-XXXX. On her Employment Application, dated March 21, 2022, PERRY falsely stated that she is an LPN and listed R.W.'s LPN license number, ending in -139A.

14. On or about March 23, 2022, PERRY submitted an application for employment to BUSINESS 5. PERRY applied for the position of LPN. On her Form W-4, Employee's Withholding Certificate, dated April 1, 2022, PERRY falsely stated that her Social Security account number is 301-XX-XXXX. On her Interest Form, dated March 23, 2022, PERRY falsely stated that she is an LPN and listed R.W.'s LPN license number, ending in -139A.

**PERRY's Application for and Receipt of Social Security Disability Insurance Benefits**

15. On or about July 2, 2019, PERRY submitted an application for Title II disability benefits to the Social Security Administration using her true Social Security account number, 308-XX-XXXX. In the application, PERRY stated that she had been unable to work since May 5, 2019 due to a disabling condition. The Social Security Administration approved PERRY's application, and she began receiving benefits on or about December 3, 2019.

16. On or about August 1, 2021, the Social Security Administration sent PERRY a letter, asking her to provide information about any work activity she had completed. On or about August 9, 2021, PERRY responded to the letter by submitting a Work Activity Report, therein declaring that she had earned no income or wages since November 2019. PERRY signed the form under penalty of perjury.

17. On or about October 17, 2022, the Social Security Administration sent PERRY a letter, asking her to provide information about any work activity she had completed. On or about

October 31, 2022, PERRY responded to the letter by submitting a Work Activity Report, therein declaring that she had earned no income or wages since May 2019. PERRY signed the form under penalty of perjury.

18. Between on or about December 3, 2019 and December 2, 2022, PERRY received approximately $54,991.30 in Social Security disability benefits.

19. PERRY concealed and failed to disclose to the Social Security Administration that, between May 5, 2019 and December 2, 2022, she was employed and earning income at businesses in and around Indianapolis, Indiana, including at BUSINESSES 1 through 3. This information would have affected PERRY's initial and continued right to payments under the Social Security Administration Disability Benefits Program.

## COUNTS 1-5
## 42 U.S.C. § 408(a)(7)(B)
## Social Security Number Fraud

20. The General Allegations are incorporated herein.

21. Between on or about February 26, 2020 and March 23, 2022, within the Southern District of Indiana, ROCHELLE L. PERRY, the defendant herein, for the purposes of obtaining payments and benefits to which she was not entitled, obtaining things of value from one or more persons, and for other purposes, and with the intent to deceive, did falsely represent a number to be the Social Security account number assigned by the Commissioner of Social Security to her, when in fact such number was not the Social Security account number assigned by the Commissioner of Social Security to her, as set forth in each count below:

| Count | Conduct |
|---|---|
| 1 | On or about February 26, 2020, and as part of an application for employment at BUSINESS 1, and with the intent to deceive BUSINESS 1, PERRY falsely represented that her Social Security account number was 301-XX-XXXX on a Form WH-4, Employee's Withholding Exemption and County Status Certificate, knowing that 301-XX-XXXX was not actually her Social Security account number. |
| 2 | On or about November 2, 2020, and as part of an application for employment at BUSINESS 2, and with the intent to deceive BUSINESS 2, PERRY falsely represented that her Social Security account number was 301-XX-XXXX on an Application for Employment, knowing that 301-XX-XXXX was not actually her Social Security account number. |
| 3 | On or about May 10, 2021, and as part of an application for employment at BUSINESS 3, and with the intent to deceive BUSINESS 3, PERRY falsely represented that her Social Security account number was 301-XX-XXXX on a Background Check Request for Personal Information Form, knowing that 301-XX-XXXX was not actually her Social Security account number. |
| 4 | On or about March 21, 2022, and as part of an application for employment at BUSINESS 4, and with the intent to deceive BUSINESS 4, PERRY falsely represented that her Social Security account number was 301-XX-XXXX on a Background Check Form, knowing that 301-XX-XXXX was not actually her Social Security account number. |
| 5 | On or about April 1, 2022, and as part of an application for employment at BUSINESS 5, and with the intent to deceive BUSINESS 5, PERRY falsely represented that her Social Security account number was 301-XX-XXXX on a Form W-4, Employee's Withholding Certificate, knowing that 301-XX-XXXX was not actually her Social Security account number. |

Each count of which is in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNTS 6-8
## 18 U.S.C. § 1028A(a)(1)
### Aggravated Identity Theft

22. The General Allegations are incorporated herein.

23. Between on or about February 17, 2020 and March 23, 2022, within the Southern District of Indiana, ROCHELLE L. PERRY, the defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation

to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowing that the means of identification belonged to another actual person, as set forth in each count below:

| Count | Conduct |
|---|---|
| 6 | On or about February 17, 2020, and as part of an application for employment at BUSINESS 1, PERRY knowingly possessed and used, without lawful authority, R.W.'s Indiana Licensed Practical Nurse license number, ending in -139A, during and in relation to Social Security Number Fraud, as alleged in Count 1 of this Indictment, knowing that the Licensed Practical Nurse license number belonged to R.W. |
| 7 | On or about March 21, 2022, and as part of an application for employment at BUSINESS 4, PERRY knowingly possessed and used, without lawful authority, R.W.'s Indiana Licensed Practical Nurse license number, ending in -139A, during and in relation to Social Security Number Fraud, as alleged in Count 4 of this Indictment, knowing that the Licensed Practical Nurse license number belonged to R.W. |
| 8 | On or about March 23, 2022, and as part of an application for employment at BUSINESS 5, PERRY knowingly possessed and used, without lawful authority, R.W.'s Indiana Licensed Practical Nurse license number, ending in -139A, during and in relation to Social Security Number Fraud, as alleged in Count 5 of this Indictment, knowing that the Licensed Practical Nurse license number belonged to R.W. |

Each count of which is in violation of Title 18, United States Code, Section 1028A(a)(1).

**COUNT 9**
**42 U.S.C. § 408(a)(4)**
**Social Security Disability Benefits Fraud**

24. The General Allegations are incorporated herein.

25. Between on or about July 2, 2019 and December 2, 2022, within the Southern District of Indiana, ROCHELLE L. PERRY, the defendant herein, having knowledge of the occurrence of one or more events affecting her initial and continued right to payments under the Social Security Administration Disability Benefits Program, did conceal and fail to disclose such events with an intent to fraudulently secure payments in a greater amount and quantity than was due and when no such payment was authorized, to wit: PERRY concealed and failed to disclose to the Social Security Administration that she was employed and earning income at businesses in

and around Indianapolis, Indiana, including at BUSINESS 1 from on or about February 26, 2020 to April 16, 2020, at BUSINESS 2 from on or about January 21, 2021 to April 27, 2021, and at BUSINESS 3 from on or about May 10, 2021 to November 23, 2021.

All of which is in violation of Title 42, United States Code, Section 408(a)(4).

ZACHARY A. MYERS
United States Attorney

By: 
Matthew B. Miller
Assistant United States Attorney
*TSS*