UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAY 18 2023
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Cause No. 1:23-cr-76-JPH-MJD |
| ROCHELLE L. PERRY, | ) |
| Defendant. | ) |

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Matthew B. Miller, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: _____
Matthew B. Miller
Assistant United States Attorney