UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAY 18 2023
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CAUSE NO. 1:23-cr-76-JPH-MJD
)
ROCHELLE L. PERRY, )
)
Defendant. )

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-5 | **42 U.S.C. § 408(a)(7)(B)**<br>**Social Security Number Fraud** | 5 | $250,000 | 3 Years |
| 6-8 | **18 U.S.C. § 1028A(a)(1)**<br>**Aggravated Identity Theft** | 2 | $250,000 | 1 Year |
| 9 | **42 U.S.C. § 408(a)(4)**<br>**Social Security Disability Benefits Fraud** | 5 | $250,000 | 3 Years |