UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 1:23-cr-00076-JPH-MJD |
| v. | ) | |
| | ) | |
| ROCHELLE L. PERRY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF READINESS FOR INITIAL APPEARANCE**

The United States of America, by counsel Matthew B. Miller, notifies the Court that it

now seeks to bring the Defendant, Rochelle L. Perry, before the Court for an Initial Appearance

pursuant to Federal Rule of Criminal Procedure 5(a)(1)(A).   Defendant is currently in the

custody of the United States Marshals Service, inside the United States Courthouse.   The United

States requests that the Initial Appearance be scheduled at the Court's earliest convenience.   The

United States certifies that (one option must be selected):

☐ The case is not sealed; or

☒ The case is currently under seal. The United States advises the Court that the presumption under Local Criminal Rule 49.1-2(a) that the case should be unsealed has been met. The case can be unsealed contemporaneously with this filing; or

☐ The case is currently under seal and the United States is providing this Notice, the operative charging document, penalty sheet, and arrest warrant to the Indiana Federal Community Defender or other known defense counsel simultaneously with this filing.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

Date:    5/31/2023          By:    /s/ Matthew B. Miller
                                   Matthew B. Miller
                                   Assistant United States Attorney